### LOVELADY *v.* ROBERTS & McCLURE.

LUMPKIN, J. No error of law being complained of, and the jury having found in favor of the defendants, and there being sufficient evidence to authorize the finding, there was no abuse of discretion in refusing to grant a new trial.      *Judgment affirmed. All the Justices concur.*

Submitted July 18,—Decided November 16, 1906.

Complaint.    Before Judge Gober.    Cherokee superior court. October 17, 1905.

*Griffin & Attaway,* for plaintiff.